UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHANNON HAYWOOD<br>    Plaintiff,<br><br>v.<br><br>ACCOUNT RESOLUTION SERVICES<br>    Defendant. | ) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) Case No. CIV-21-126<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

COME NOW the Plaintiff Shannon Haywood and Account Resolution Services, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) hereby requesting that this action be dismissed with prejudice. In support hereof, the Parties state as follows:

1. Plaintiff has agreed to dismiss her claims against Defendant with prejudice pursuant to an agreed settlement among the parties.

2. Plaintiff and Defendant have agreed to each pay their respective fees and costs.

WHRERFORE, the Parties request an Order of this Court granting the voluntary dismissal with prejudice of Plaintiff's claims against Defendant.

1

Respectfully submitted:

Dated: July 1, 2021

s/Matthew B. Flies
Matthew B. Flies OBA #17387
Cargill & Flies PC
3334 W. Main #223
Norman, OK 73072
Tel: 405.822.2880
Email: cargillflies@yahoo.com